# EXHIBIT "F"

