# EXHIBIT "D"

US00D445741S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D445,741 S**

Carlson     (45) **Date of Patent:**     ∗∗     **Jul. 31, 2001**

(54) **CLUTCH QUADRANT**

(75) Inventor:     **Andrew D. Carlson**, Boca Raton, FL (US)

(73) Assignee:     **Steeda**, Pompano Beach, FL (US)

(∗∗) Term:     **14 Years**

(21) Appl. No.: **29/117,301**

(22) Filed:     **Jan. 20, 2000**

(51) **LOC (7) Cl.** ........................................... **12-16**
(52) **U.S. Cl.** ........................................ **D12/179**
(58) **Field of Search** ........................... D12/179, 93, 196, D12/98; 74/502.2, 489, 475

(56)                **References Cited**

U.S. PATENT DOCUMENTS

D. 392,608 * 3/1998 Pingel et al. ...................... D12/179
D. 392,609 * 3/1998 Pingel et al. ...................... D12/179

D. 422,253 * 4/2000 Boyken .............................. D12/179

* cited by examiner

*Primary Examiner*—Melody N. Brown
(74) *Attorney, Agent, or Firm*—McHale & Slavin

(57)                **CLAIM**

The ornamental design for a clutch quadrant, as shown and described.

**DESCRIPTION**

FIG. **1** is a top view of the clutch quadrant of the instant invention;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a back elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a bottom plan view thereof;
FIG. **7** is a left side perspective view thereof; and,
FIG. **8** is a right side perspective view thereof.

**1 Claim, 8 Drawing Sheets**





Figure1



Figure 2



Figure 3



# Figure 4



# Figure 5



Figure 6



Figure 7



**Figure 8**